## UNITED STATES DISTRICT COURT     DISTRICT OF COLUMBIA

CR 82-139  USA v. Wilson

Lester k. Coleman, Et al

**PLAINTIFF**

Please file & enter.
L·N·H
USDJ

Vs.                                              CASE NO. 1:04-CV-01688

## DEFENDANTS

Unknown Central Intelligence Agents
Vincent Cannestraro, Theodore Shackley
Richard Secord
Federal Bureau of Prisons
AND  William Austin
 Victor Martinez
Federal Bureau of Investigation
AND Assistant Director, Oliver "Buck" Revell, (Ret.)
 Special Agents, David Edward, Thomas Thurman
Lexington Fayette Urban County Government (KY)
AND  Larry Walsh

United States District Court
Southern District of Texas
*Filed*

MAR − 7 2005

Michael N. Milby, Clerk
J E H

### STATEMENT OF COMPLAINT

### PURSUANT TO THE CIVIL RIGHTS ACT, TITLE 42, U.S.C. (1983).

**Plaintiffs** were principle witnesses, former United States intelligence agents, journalists, writers, authors, and film producers who have been persecuted, demonized, incarcerated, subjected to physical and mental abuse, and in the case of one, whose estate may join this suit, met a untimely death.  Defendants to this action, under color of law, sought to silence the Plaintiff and others to cover the true role of the Central Intelligence

1

Agency in actions that lead to a terrorist bomb to be placed aboard Pan American flight 103, December 21, 1988.

*Plaintiffs assert that the above named defendants did violate under color of law the rights of Plaintiff and others named herein, protected by the First Amendment of the United States Constitution, and their Civil Rights under Title 42 USC 1983, abridged by each defendant without due process of law.*

**Plaintiffs: Lester K. Coleman** has an extensive background in the Middle East. He is a journalist and author with numerous accolades including an Emmy and the International Edward R. Murrow Award. He appeared on *NBC Nightly News with Tom Brokaw* the night after the bombing of Pan Am 103. He then appeared in the film, ***The Maltese Double Cross***, a year after a book about him, ***Trail of the Octopus***, was published in paperback edition by Signet Books. The book, like the film, claimed a U.S. intelligence link to the cause of the bombing of Pan Am flight 103. Coleman was, for a short time, a contract Agent with the U.S. Defense Intelligence Agency, [ ISA-MC-10 ] involved in classified activities related to terrorism and the bombing of Libya in 1986. After revelations in the Pan Am bombing, he was brutalized and abused, moved about the country 16 times while illegally held for 154 days in federal custody. This is affirmed by sworn affidavits from two Deputy United States Marshals, and in a federal TORT settlement. He was thereupon re-arrested for possessing forged documents, July 1999 by local authorities in Lexington, Kentucky, acting in a blatant vendetta to silence, demonize, and ultimately incarcerate him, for their own purpose, and in consort with federal authorities.

**Oswald LeWinter,** is a former Central Intelligence operative who appeared in the film, *The Maltese Double Cross*, exposing the CIA's attempted cover-up of the connection between the Agency and Libyan Leader, Muhammar Kadafi, and the truth behind the bombing of Pan Am 103. LeWinter was arrested, and imprisoned in Vienna, Austria on similar charges, for possessing forged documents in late 1998, while meeting with British financier, Mohammad Al Fayad. LeWinter was carrying documents provided to him by the CIA that claimed to evidence a plot behind the death of Fayad's son, Dodi, and Princess Diana, killed in a car crash in Paris, France, August 30, 1997.

**Alan Francovich Estate.** While LeWinter and Coleman were languishing in jail, Francovich dropped dead while attempting to clear U.S. Customs in Houston, Texas. Frankovich produced the Film, *The Maltese Double Cross* and had arrived from London to engage in follow-up research for a projected revised version of his documentary that clearly exposed the U.S. intelligence cover-up of circumstances leading to the Pan Am 103 disaster. His research depicted how the bomb was actually placed aboard the Pan Am flight, and their role as supplier of expertise in building a bomb inside a Toshiba Radios, skills provided to the Kadafi regime by the C.I.A.

*Both LeWinter and Coleman had been named as potential witnesses in the trial of two Libyan accused held in Zeist, Holland. Their timely arrests and detention effectively prevented them from appearing at trial to give testimony. Solicitors representing one of the accused, Kalid Feimah came to the United States and interviewed Plaintiff while he was held in custody, over objections of federal authorities. Feimah was found innocent of all charges against him. This further*

*outraged federal authorities, who laid blame on the Plaintiff for daring to provide evidence contrary to the government official version of the Pan Am bombing.*

**William Chasey** is a former United States Central Intelligence Agent, who played a central role, and has knowledge of transactions with the Libyan regime that lead to the plot to blow up Pan American flight 103. A terrorist bomb brought down the aircraft over Lockerbie, Scotland, December 21, 1988, killing 270. Dr. Chasey exposed the Agency's convert activity in a book titled: *Foreign Agent 4221.* He was subsequently demonized, and persecuted, suffering financial ruin, made penniless for being a whistleblower. Elements of his book were used in the making of the film, *The Maltese Double Cross,* written and produced by Alan Francovich.

The horrific truth behind the source of Libya's bomb making capability was revealed August 27, 2003, more than 14 years after the terrorist attack. Agents of the United States and their co-conspirators clear motive to persecute, incarcerate and silence the Plaintiff, and others named herein, was exposed in Federal Court in Houston, Texas.

In **Edwin P. Wilson V. United States,** Southern District of Texas [ H-97-831 ], Judge Lynn Hughes ruled that the C.I.A. had a key role in selling Libya 20 Tons of Plastique explosive and supplied the Kadafi regime with the training and expertise to construct bombs inside radios similar to the one that brought down Pan Am 103. According the Court, *the federal government lied about Wilson's affiliation with the C.I.A. and had made intentional false statements under oath to hide Wilson's affiliation with the Agency.* The Court set aside Wilson's conviction, after he had spent 22 years in maximum-security prison. The C.I.A. sanctioned shipments of explosives to Libya, fronted by Wilson, originated in Houston, Texas.

**The Defendants** named in this action, had knowledge of Wilson's true affiliation with the C.I.A. and the true relationship between the Agency and the Kadafi regime well into the 1980's, and, under color of law sought to silence, persecute, demonize, and incarcerate the Plaintiff, and others named herein who may seek to join this action.

**1. Defendant, Unknown Central Intelligence Agents** did consort to cover the true relationship between the Agency and Libya, and thereupon to silence the Plaintiff and others named in this action.

**2. Defendants Vincent Cannestraro**, and **Theodore Shackley** are retired Central Intelligence Officers who consorted to cover up their first hand knowledge of the true relationship with Libya, maintained by Edwin P. Wilson, that ultimately lead to the bombing of Pan Am 103. As the principle C.I.A. investigator assigned to the bombing, Cannestraro knew the truth of the Agency's Libyan relationship, then consorted to silence the Plaintiff and others.

**3. Defendant, Richard Secord,** is a former U.S. Intelligence Officer with first hand knowledge of Wilson's C.I.A. covert action to supply Libya with explosives and the expertise to build a bomb that was placed aboard Pan Am 103.

**4. Defendant, Federal Bureau of Prisons, William Austin and Victor Martinez** did consort with Unknown Intelligence agents to physically and mentally abuse the Plaintiff that caused him bodily and psychological injury, affirmed in sworn affidavit and in OPERATION BAD FELLAS, April, 1997, that sought to silence him regarding the bombing of Pan Am flight 103.

**5. Defendant, Federal Bureau of Investigation AND Oliver " Buck " Revell, Special Agents Thomas Thurman and David Edward,** did consort with Unknown

Intelligence Agents and the Local foreign and domestic authorities to silence the Plaintiff, and others named in this action, to cover the true relationships between the U.S. Government and Libya prior to the bombing of Pan Am flight 103.

**6. Defendants, Lexington-Fayette (KY) Urban County Government AND Police Chief, Larry Walsh** did consort with co-defendants and unknown federal agents to prosecute, persecute, and thereupon silence the Plaintiff for the purpose of covering the true role of the U.S. Government in the bombing of Pan Am flight 103, and, interestingly for their own purpose to retaliate for the Plaintiff's exposure of official misconduct in the Division of Police [ RE: Commonwealth of Kentucky Vs. Timothy Cormney ]. Plaintiff was arrested in the middle of the Cormney investigation by Lexington police accompanied by U.S. federal agents, strikingly similar to the arrest of LeWinter in Vienna, Austria.

The specific role of each defendant named herein shall be further supported in supplemental documentation contained in classified records regarding these Defendants' actual role in the complicity in the unwarranted attacks against this Plaintiff, and others named herein, inflicting physical and mental abuse, causing chronic conditions, diagnosed by two Psychiatrists appointed by government authorities to examine this Plaintiff.

## NOTICE TO DISCLOSE CLASSIFIED INFORMATION

Plaintiff gives notice that he shall seek to disclose classified information and documents Pursuant to 5 (9A) of **The Classified Disclosure Procedure Act** that shall support the claims made in this action against each and every Defendant named herein.

Docketing —
Note - this is
front & back document.
Please scan the
post-it note as
well   Thanks —
          Joyce

---

JUDGE HUGHES —
THIS IS THE FALL-OUT
FROM THE EDWIN WILSON
DECISION — OUR CASE
IS BEFORE JUDGE SULLIVAN
IN D.C. —
    PLEASE ADVISE ATTY
ADLER — OUR ATTORNEY
MAY BE CONTACTING
HIM — Lu Colm

LES COLEMAN
GREEN RIVER CTR.
163726-6
1200 RIVER RD
Central City, Ky 42330

Hon. Lynn Hughes
U.S. District Court
Sou. Dist. Texas
515 Rusk St.
Houston, TX 77002

INMATE MAIL
GREEN RIVER CORR COMPLEX
CENTRAL CITY KY 42330-9300
NOT RESPONSIBLE FOR CONTENT

MAR 04 05

77002+2600 36

